UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN A. HAWKINSON,
    Plaintiff,

v.            CIVIL ACTION NO. 21-11817-MPK[1]

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,
    Defendant.

## JUDGMENT

KELLEY, U.S.M.J.

The case came before the court, the Honorable M. Page Kelley, United States Magistrate Judge, presiding.  In accordance with the Memorandum and Order (#41) entered on August 10, 2023,

IT IS ORDERED AND ADJUDGED:

Summary judgment for defendant.

No costs.

Dated at Boston, Massachusetts this 10th day of August, 2023.

          /s/ M. Page Kelley
          M. PAGE KELLEY
          United States Magistrate Judge

---

[1] With the parties' consent, this case was assigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. § 636(c). (#16.)